COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Align Strategic Partners, LLC, Brown Lab Investments, LLC, Joel Katz and Andrea Katz v. Lane Moesser.

Appellate case number:   01-16-00837-CV

Trial court case number:  2016-35154

Trial court:             190th District Court of Harris County

On February 23, 2017, appellee filed a motion to sever Align Strategic Partners, LLC from the appeal. We deny appellee's motion. *See* TEX. R. APP. P. 8.3(b).

Judge's signature:  /s/ Chief Justice Sherry Radack
                   ☒ Acting individually    ☐ Acting for the Court

Date: March 21, 2017